1 | LERACH COUGHLIN STOIA GELLER
   |   RUDMAN & ROBBINS LLP
2 | PATRICK J. COUGHLIN (111070)
   | REED R. KATHREIN (139304)
3 | JEFF D. FRIEDMAN (173886)
   | SYLVIA WAHBA KELLER (197612)
4 | CONNIE M. CHEUNG (215381)
   | ELIZABETH A. ACEVEDO (227347)
5 | 100 Pine Street, Suite 2600
   | San Francisco, CA  94111
6 | Telephone: 415/288-4545
   | 415/288-4534 (fax)
7 |      – and –
   | WILLIAM S. LERACH (68581)
8 | 401 B Street, Suite 1600
   | San Diego, CA  92101
9 | Telephone: 619/231-1058
   | 619/231-7423 (fax)
10

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re CV THERAPEUTICS, INC. SECURITIES LITIGATION | ) ) ) | No. C-03-3709-SI |
| | ) | CLASS ACTION |
| | ) | |
| This Document Relates To: | ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT |
| ALL ACTIONS. | ) ) | CONFERENCE |
| | ) | |

1       Plaintiff David Crossen, on behalf of himself and the class, and defendants CV Therapeutics,

2 Inc., Louis Lange and Dan Spiegelman, hereby stipulate and agree and request the Court to order as

3 follows:

4       WHEREAS, on June 30, 2005, this Court continued to August 19, 2005 the Case

5 Management Conference scheduled for July 1, 2005; and

6       WHEREAS, counsel for plaintiffs has a conflict on August 19, 2005, and, therefore, seeks to

7 move the Case Management Conference to the following Friday, August 26, 2005;

8       NOW, THEREFORE, in the interest of justice, the parties have met and conferred and have

9 agreed that the Case Management Conference currently scheduled for August 19, 2005 at 2:30 p.m.

10 shall be continued to August 26, 2005 at 2:30 p.m.

11 DATED: July 22, 2005                LERACH COUGHLIN STOIA GELLER
                                   RUDMAN & ROBBINS LLP

12                                PATRICK J. COUGHLIN
                               REED R. KATHREIN

13                                JEFF D. FRIEDMAN
                               SYLVIA WAHBA KELLER

14                                CONNIE M. CHEUNG
                               ELIZABETH A. ACEVEDO

15

16                                      /S/

17                                 SYLVIA W. KELLER

18                                100 Pine Street, Suite 2600
                               San Francisco, CA 94111

19                                Telephone: 415/288-4545
                               415/288-4534 (fax)

20                                LERACH COUGHLIN STOIA GELLER
                                   RUDMAN & ROBBINS LLP

21                                WILLIAM S. LERACH

22                                401 B Street, Suite 1600
                               San Diego, CA 92101

23                                Telephone: 619/231-1058
                               619/231-7423 (fax)

24                                Lead Counsel for Plaintiffs

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT
CONFERENCE - C-03-3709-SI                                               - 1 -

DATED:  July 21, 2005

LATHAM & WATKINS LLP
PAUL H. DAWES
JAY L. POMERANTZ
JOHN C. TANG


_____
          JOHN C. TANG

135 Commonwealth Drive
Menlo Park, CA  94025
Telephone: 650/328-4600
650/463-2600 (fax)

Attorneys for Defendants

\*          \*          \*

## O R D E R

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  _____

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT

T:\casesSF\cv Therapeutics\STP00022830.doc

DENIED

Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  <u>DECLARATION OF SERVICE BY MAIL AND FACSIMILE</u>

2  I, the undersigned, declare:

3  1.      That declarant is and was, at all times herein mentioned, a citizen of the United States

4  and employed in the City and County of San Francisco, over the age of 18 years, and not a party to

5  or interested party in the within action; that declarant's business address is 100 Pine Street,

6  Suite 2600, San Francisco, California 94111.

7  2.      That on July 22, 2005, declarant served the **STIPULATION AND [PROPOSED]**

8  **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** by depositing a true copy

9  thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage

10  thereon fully prepaid and addressed to the parties listed on the attached Service List.  Declarant also

11  served the parties by facsimile.

12  3.      That there is a regular communication by mail between the place of mailing and the

13  places so addressed.

14  I declare under penalty of perjury that the foregoing is true and correct.  Executed this 22nd

15  day of July, 2005, at San Francisco, California.

16

17  /S/
   DEBORAH R. DASH

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT
CONFERENCE - C-03-3709-SI                                                      - 3 -

CV THERAPEUTICS (LEAD)

Service List - 7/22/2005    (03-0271)

Page 1 of  1

## Counsel For Defendant(s)

Michele D. Johnson
Latham & Watkins LLP
650 Town Center Drive, Suite 2000
Costa Mesa, CA  92626
  714/540-1235
  714/755-8290 (Fax)

Paul H. Dawes
Jay L. Pomerantz
John C. Tang
Latham & Watkins LLP
135 Commonwealth Drive
Menlo Park, CA  94025
  650/328-4600
  650/463-2600 (Fax)

## Counsel For Plaintiff(s)

Reed R. Kathrein
Jeff D. Friedman
Sylvia  Wahba Keller
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
  415/288-4545
  415/288-4534 (Fax)

William S. Lerach
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
401 B Street, Suite 1600
San Diego, CA  92101-4297
  619/231-1058
  619/231-7423 (Fax)