LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN (111070)
REED R. KATHREIN (139304)
JEFF D. FRIEDMAN (173886)
SYLVIA WAHBA KELLER (197612)
CONNIE M. CHEUNG (215381)
ELIZABETH A. ACEVEDO (227347)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)
       – and –
WILLIAM S. LERACH (68581)
401 B Street, Suite 1600
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CV THERAPEUTICS, INC. SECURITIES LITIGATION | No. C-03-3709-SI |
| | CLASS ACTION |
| This Document Relates To: | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| ALL ACTIONS. | |

1  Plaintiff David Crossen, on behalf of himself and the class, and defendants CV Therapeutics,
2  Inc., Louis Lange and Dan Spiegelman, hereby stipulate and agree and request the Court to order as
3  follows:
4  WHEREAS, on June 30, 2005, this Court continued to August 19, 2005 the Case
5  Management Conference scheduled for July 1, 2005; and
6  WHEREAS, counsel for plaintiffs has a conflict on August 19, 2005, and, therefore, seeks to
7  move the Case Management Conference to the following Friday, August 26, 2005;
8  NOW, THEREFORE, in the interest of justice, the parties have met and conferred and have
9  agreed that the Case Management Conference currently scheduled for August 19, 2005 at 2:30 p.m.
10 shall be continued to August 26, 2005 at 2:30 p.m.

11 DATED: July 22, 2005

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
REED R. KATHREIN
JEFF D. FRIEDMAN
SYLVIA WAHBA KELLER
CONNIE M. CHEUNG
ELIZABETH A. ACEVEDO


                            /S/
                    SYLVIA W. KELLER

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
401 B Street, Suite 1600
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT
CONFERENCE - C-03-3709-SI                                                               - 1 -

| | | |
|---|---|---|
| 1 | DATED: July 21, 2005 | LATHAM & WATKINS LLP |
| 2 | | PAUL H. DAWES |
| | | JAY L. POMERANTZ |
| 3 | | JOHN C. TANG |

_____
JOHN C. TANG

135 Commonwealth Drive
Menlo Park, CA  94025
Telephone: 650/328-4600
650/463-2600 (fax)

Attorneys for Defendants

\*   \*   \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

GRANTED
Judge Susan Illston

T:\casesSF\cv Therapeutics\STP00022830.doc

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT
CONFERENCE - C-03-3709-SI                                                                                                          - 2 -

1  DECLARATION OF SERVICE BY MAIL AND FACSIMILE

2  I, the undersigned, declare:

3  1. That declarant is and was, at all times herein mentioned, a citizen of the United States
4  and employed in the City and County of San Francisco, over the age of 18 years, and not a party to
5  or interested party in the within action; that declarant's business address is 100 Pine Street,
6  Suite 2600, San Francisco, California 94111.

7  2. That on July 22, 2005, declarant served the **STIPULATION AND [PROPOSED]**
8  **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** by depositing a true copy
9  thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage
10 thereon fully prepaid and addressed to the parties listed on the attached Service List. Declarant also
11 served the parties by facsimile.

12 3. That there is a regular communication by mail between the place of mailing and the
13 places so addressed.

14 I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd
15 day of July, 2005, at San Francisco, California.

/S/
DEBORAH R. DASH

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT
CONFERENCE - C-03-3709-SI                                                                - 3 -

CV THERAPEUTICS (LEAD)
Service List - 7/22/2005   (03-0271)
Page 1 of 1

**Counsel For Defendant(s)**

Michele D. Johnson
Latham & Watkins LLP
650 Town Center Drive, Suite 2000
Costa Mesa, CA  92626
　714/540-1235
　714/755-8290 (Fax)

Paul H. Dawes
Jay L. Pomerantz
John C. Tang
Latham & Watkins LLP
135 Commonwealth Drive
Menlo Park, CA  94025
　650/328-4600
　650/463-2600 (Fax)

**Counsel For Plaintiff(s)**

Reed R. Kathrein
Jeff D. Friedman
Sylvia Wahba Keller
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
　415/288-4545
　415/288-4534 (Fax)

William S. Lerach
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
401 B Street, Suite 1600
San Diego, CA  92101-4297
　619/231-1058
　619/231-7423 (Fax)