IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID CROSSEN,
        Plaintiff,

v.

CV THERAPEUTICS,
        Defendant.
_____/

No. C 03-03709 SI
**SECOND PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 19, 2005 at 9:30 a.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

DEADLINE TO COMPLETE DOCUMENT PRODUCTION: February 10, 2006.

DEPOSITIONS TO COMPLETE: June 30, 2006.

NON-EXPERT DISCOVERY CUTOFF is July 14, 2006.

DESIGNATION OF EXPERTS: 8/4/06; SUPPLEMENTAL DESIGNATION: 9/1/06.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is September 29, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by October 13, 2006;

    Opp. Due October 27, 2006; Reply Due November 3, 2006;

    and set for hearing no later than November 17, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 23, 2007 at 3:30 PM.

JURY TRIAL DATE: February 26, 2007 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be 16 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 10/19/05

                              SUSAN ILLSTON
                              United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID CROSSEN,
        Plaintiff,

v.

CV THERAPEUTICS,
        Defendant.
_____/

No. C 03-03709 SI
**SECOND PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 19, 2005 at 9:30 a.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

DEADLINE TO COMPLETE DOCUMENT PRODUCTION: February 10, 2006.

DEPOSITIONS TO COMPLETE: June 30, 2006.

NON-EXPERT DISCOVERY CUTOFF is July 14, 2006.

DESIGNATION OF EXPERTS: 8/4/06; SUPPLEMENTAL DESIGNATION: 9/1/06.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is September 29, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by October 13, 2006;

    Opp. Due October 27, 2006; Reply Due November 3, 2006;

    and set for hearing no later than November 17, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 23, 2007 at 3:30 PM.

JURY TRIAL DATE: February 26, 2007 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be 16 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 10/19/05

SUSAN ILLSTON
United States District Judge