UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re CV THERAPEUTICS, INC.
SECURITIES LITIGATION

_____/

No. C-03-3709 SI (EMC)

**ORDER RE:** *IN CAMERA* **REVIEW**

Consistent with Judge Illston's April 3, 2006 Order re: Discovery Motions, Defendants shall serve and file a revised privilege log demonstrating whether each such document is protected by the attorney-client privilege and/or work-product doctrine. The documents and privilege log shall be lodged with the Court by April 21, 2006, at which time the Court shall take the matter under submission.

As Judge Illston pointed out, the privilege log is inadequate. The burden is on the proponent of the privilege to demonstrate the existence of each element of the privilege, including *e.g.*, that the communication was made in confidence in the course of seeking legal advice where the attorney-client privilege is asserted. Each withheld document must contain specific information justifying the asserted privilege. Failure to provide sufficient justification in the revised privilege log will result in a finding that Defendants failed to carry this burden.

IT IS SO ORDERED.

Dated: April 11, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge