IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CV THERAPEUTICS, INC. SECURITIES LITIGATION. | No. C 03-03709 SI<br><br>**ORDER RE: DEFENDANT'S APRIL 10, 2006 DECLARATIONS** |

By order filed April 3, 2006, the Court directed defendants to file declarations addressing several discrete issues related to document production in this case. That order stated, *inter alia*, that defendants' declarations must either explain why certain documents were not produced, or defendants could choose to produce the documents at issue. The Court has reviewed defendants' declarations and is satisfied with defendants' responses. In particular, the Court notes that Mr. Mansbridge's declaration states that "First Advantage is in the process of confirming that similar processing errors do not exist for other mailboxes restored from CVT's backup tapes [and] [t]o the extent that First Advantage discovers additional emails that it failed to deliver to due errors in processing, it will immediately process and provide these emails to defendants." Mansbridge Decl. ¶ 11. To the extent that defendants become aware of any further errors in the document production, defendants shall immediately take steps to rectify the errors and expeditiously produce responsive documents (and privilege logs if necessary) to plaintiffs.

Accordingly, the Court considers the matters raised by plaintiffs' earlier discovery motions – aside from the *in camera* review pending before Judge Chen – to be fully resolved.

**IT IS SO ORDERED.**

Dated: May 24, 2006

SUSAN ILLSTON

United States District Judge

2