LATHAM & WATKINS LLP
   Paul H. Dawes (Bar No. 55191)
   Jay L. Pomerantz (Bar No. 209869)
   John C. Tang (Bar No. 212371)
   Michele D. Johnson (Bar No. 198298)
   Kalama Lui-Kwan (Bar No. 242121)
   Peter T. Snow (Bar No. 222117)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Counsel For CV Therapeutics, Inc. and
the Individual Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re CV THERAPEUTICS, INC. SECURITIES LITIGATION<br><br>This Document Relates To: All Actions | Master File No. C-03-3709-SI<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DEADLINE TO PRESENT DISCOVERY ISSUES** |

WHEREAS, the Court's April 3, 2006 Order Re: Discovery Motions (the "Discovery Order") ordered Defendants to produce documents from six specific sources;

WHEREAS, on June 2 and 9, 2006, Defendants produced a substantial number of documents pursuant to the Discovery Order;

WHEREAS, the parties have been meeting and conferring regarding the timing and scope of Defendants' production of any additional documents pursuant to the Discovery Order;

WHEREAS, during the June 2, 2006 Case Management Conference, the Court ordered that discovery issues shall be presented to the Court by letter brief by June 16, 2006;

WHEREAS, the parties just received important information and data from Defendants' document vendor relevant to their ongoing meet and confer;

WHEREAS, the parties believe that they will be unable to fully consider the information and data received from Defendants' document vendor and complete their meet and confer

regarding Defendants' production of documents pursuant to the Discovery Order by the June 16, 2006 deadline to present discovery issues to the Court;

WHEREAS, the parties believe that extending the deadline to present any issues related to Defendants' production of documents pursuant to the Discovery Order would promote the most efficient use of the Court's and the parties' resources by providing the parties additional time to potentially resolve issues that would otherwise have to be submitted to the Court;

THEREFORE, the parties hereby stipulate, and request the Court to order, that the deadline to present any issues related to Defendants' production of documents, as set forth in the Court's June 7, 2006 Minute Order, shall be extended to July 7, 2006.

IT IS SO STIPULATED.

Dated: June 16, 2006         LERACH COUGHLIN STOIA GELLER
                             RUDMAN & ROBBINS LLP


                                    /S/
                             Jeffrey D. Friedman

                             Lead Counsel for Plaintiffs

                             100 Pine Street, 26th Floor
                             San Francisco, CA 94111
                             T: 415/288-4545
                             F: 415/288-4534

Dated: June 16, 2006         LATHAM & WATKINS LLP


                                    /S/
                             Peter T. Snow

                             Counsel for Defendants

                             140 Scott Drive
                             Menlo Park, CA 94025
                             T: 650/328-4600
                             F: 650/463-2600

Filer's Attestation: Pursuant to General Order No. 45, Section X.B regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jeffrey D. Friedman.

\* \* \*

**ORDER**

Pursuant to the stipulation of counsel, IT IS SO ORDERED.

Dated: _____  _____
                                The Honorable Susan Illston
                                United States District Judge

SV\510237.1