UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re CV THERAPEUTICS, INC. SECURITIES LITIGATION | ) ) ) ) | No. C-03-3709-SI<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) | [PROPOSED] ORDER GRANTING PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL EXHIBITS B-C TO THE DECLARATION OF JEFF D. FRIEDMAN IN SUPPORT OF PLAINTIFF'S JULY 7, 2006 LETTER RE: DEFENDANTS' VIOLATION OF THE COURT'S APRIL 3, 2006 ORDER |

On July 7, 2006, plaintiff filed a miscellaneous administrative request to file under seal Exhibits B-C to the Declaration of Jeff D. Friedman in Support of Plaintiff's July 7, 2006 Letter Re: Defendants' Violation of the Court's April 3, 2006 Order ("Friedman Decl."). Having reviewed plaintiff's miscellaneous administrative request, and good cause showing, it is hereby ordered that plaintiff's request to file under seal Exhibits B-C attached to the Friedman Decl. is GRANTED.

\* \* \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____ _____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Submitted by:

DATED: July 7, 2006

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
REED R. KATHREIN
JEFF D. FRIEDMAN
SYLVIA WAHBA KELLER
CONNIE M. CHEUNG


      /s/ JEFF D. FRIEDMAN
        JEFF D. FRIEDMAN

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

T:\CasesSF\CV Therapeutics\ORD00032657.doc

[PROPOSED] ORDER GRANTING PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE REQUEST
TO FILE DECLARATION OF JEFF FRIEDMAN - C-03-3709-SI

- 1 -

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on July 7, 2006, I electronically filed the foregoing with the Clerk of the |
| 3 | Court using the CM/ECF system which will send notification of such filing to the e-mail addresses |
| 4 | denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the |
| 5 | foregoing document or paper via the United States Postal Service to the non-CM/ECF participants |
| 6 | indicated on the attached Manual Notice List. |

         /s/ JEFF D. FRIEDMAN
        JEFF D. FRIEDMAN

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600,
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: JFriedman@lerachlaw.com

# Mailing Information for a Case 3:03-cv-03709-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Elizabeth Aida Acevedo**
  eacevedo@kellergrover.com

- **Patrick J. Coughlin**
  patc@lerachlaw.com e_file_sf@lerachlaw.com

- **Paul H. Dawes**
  paul.dawes@lw.com

- **Jeff D Friedman**
  JFriedman@lerachlaw.com

- **Sean M. Handler, Esq**
  ecf_filings@sbclasslaw.com nwortman@sbclasslaw.com

- **Robert A. Jigarjian**
  CAND.USCOURTS@CLASSCOUNSEL.COM

- **Michele D. Johnson**
  Michele.Johnson@lw.com Beverly.Wilkinson@lw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **Kalama M. Lui-Kwan**
  kalama.lui-kwan@lw.com

- **Jay L. Pomerantz**
  jay.pomerantz@lw.com

- **Darren J. Robbins**

- **Peter Todd Snow**
  peter.snow@lw.com carmela.ene@lw.com

- **John C. Tang**
  john.tang@lw.com kerry.markus@lw.com

- **Sylvia Wahba**
  sylviaw@milberg.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`