IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* CV THERAPEUTICS SECURITIES LITIGATION, _____ / | No. C 03-03709 SI<br><br>**ORDER REFERRING DISCOVERY MATTER TO MAGISTRATE JUDGE CHEN** |

    Defendants have filed a letter brief seeking a protective order regarding discovery of audio-visual records, and plaintiffs have filed an opposition. (Docket Nos. 339, 357). The Court hereby REFERS this matter to Judge Chen.

**IT IS SO ORDERED.**

Dated: July 17, 2006

                                                              SUSAN ILLSTON
                                                              United States District Judge