LERACH COUGHLIN STOIA GELLER
　RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN (111070)
REED R. KATHREIN (139304)
JEFF D. FRIEDMAN (173886)
SYLVIA WAHBA KELLER (197612)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)
patc@lerachlaw.com
reedk@lerachlaw.com
jfriedman@lerachlaw.com
sylviaw@lerachlaw.com
　　　– and –
WILLIAM S. LERACH (68581)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)
billl@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CV THERAPEUTICS, INC. SECURITIES LITIGATION | No. C-03-3709-SI |
| | CLASS ACTION |
| This Document Relates To: | STIPULATION AND [PROPOSED] ORDER REGARDING FILING UNDER SEAL |
| ALL ACTIONS. | |

1     Pursuant to the Court's Standing Order, the parties hereby submit this Stipulation and
2 [Proposed] Order Regarding Filing Under Seal ("Stipulation") in lieu of filing an administrative
3 motion pursuant to Civil L.R. 7-11.

4     WHEREAS concurrently with this Stipulation, plaintiff is filing an Opposition to
5 Defendants' Motion for a Protective Order Re: Discovery of Privileged Audio-Visual Records
6 ("Opposition") and a Declaration of Shana E. Scarlett in Support of Opposition to Defendants'
7 Motion for a Protective Order Re: Discovery of Privileged Audio-Visual Records ("Scarlett
8 Declaration");

9     WHEREAS Scarlett Declaration, Exhibit A is a deposition transcript designated "Highly
10 Confidential," as defined by this Court's February 7, 2005 Protective Order;

11     WHEREAS Scarlett Declaration, Exhibits B and C are documents designated "Highly
12 Confidential – Attorney's Eyes Only," as defined by this Court's February 7, 2005 Protective Order;
13 and

14     WHEREAS certain portions of the Opposition contain references and quotations from the
15 deposition transcript and documents designated "Highly Confidential," as defined by this Court's
16 February 7, 2005 Protective Order;

17     IT IS HEREBY STIPULATED AND AGREED, that the Scarlett Declaration, Exhibits A-C
18 and certain portions of plaintiff's Opposition, which refer and quote from these exhibits, are to be
19 filed under seal.

20     IT IS SO STIPULATED.

21 DATED: July 14, 2006     LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
22     PATRICK J. COUGHLIN
    REED R. KATHREIN
23     JEFF D. FRIEDMAN
    SYLVIA WAHBA KELLER

        s/ Shana E. Scarlett
        SHANA E. SCARLETT

    100 Pine Street, Suite 2600
    San Francisco, CA 94111
    Telephone: 415/288-4545
    415/288-4534 (fax)

STIPULATION & [PROPOSED] ORDER RE FILING UNDER SEAL - C-03-3709-SI     - 1 -

|   |   |   |
|---|---|---|
| 1 | | LERACH COUGHLIN STOIA GELLER |
| 2 | |   RUDMAN & ROBBINS LLP |
| | | WILLIAM S. LERACH |
| 3 | | 655 West Broadway, Suite 1900 |
| | | San Diego, CA 92101 |
| 4 | | Telephone: 619/231-1058 |
| | | 619/231-7423 (fax) |
| 5 | | |
| | | Lead Counsel for Plaintiffs |
| 6 | | |
| 7 | DATED: July 14, 2006 | LATHAM & WATKINS LLP |
| | | PETER T. SNOW |
| 8 | | |

                                                        s/Peter T. Snow
                                                        PETER T. SNOW

135 Commonwealth Drive
Menlo Park, CA 94025
Telephone: 650/328-4600
650/463-2600 (fax)

Attorneys for Defendants

     I, Shana E. Scarlett, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING FILING UNDER SEAL. In compliance with General Order 45, X.B., I hereby attest that Peter T. Snow has concurred in this filing.

                                        *     *     *

### [PROPOSED] O R D E R

     PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____
                                              THE HONORABLE SUSAN ILLSTON
                                              UNITED STATES DISTRICT JUDGE

T:\CasesSF\CV Therapeutics\STP00032902.doc

CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ Shana E. Scarlett
SHANA E. SCARLETT

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:ShanaS@lerachlaw.com

# Mailing Information for a Case 3:03-cv-03709-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Elizabeth Aida Acevedo**
  eacevedo@kellergrover.com
- **Patrick J. Coughlin**
  patc@lerachlaw.com e_file_sf@lerachlaw.com
- **Paul H. Dawes**
  paul.dawes@lw.com
- **Jeff D Friedman**
  JFriedman@lerachlaw.com
- **Sean M. Handler, Esq**
  ecf_filings@sbclasslaw.com nwortman@sbclasslaw.com
- **Robert A. Jigarjian**
  CAND.USCOURTS@CLASSCOUNSEL.COM
- **Michele D. Johnson**
  Michele.Johnson@lw.com Beverly.Wilkinson@lw.com
- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com
- **William S. Lerach**
  e_file_sd@lerachlaw.com
- **Kalama M. Lui-Kwan**
  kalama.lui-kwan@lw.com carmela.ene@lw.com
- **Jay L. Pomerantz**
  jay.pomerantz@lw.com
- **Darren J. Robbins**
- **Peter Todd Snow**
  peter.snow@lw.com carmela.ene@lw.com
- **John C. Tang**
  john.tang@lw.com kerry.markus@lw.com
- **Sylvia Wahba**
  sylviaw@milberg.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`