LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN (111070)
REED R. KATHREIN (139304)
JEFF D. FRIEDMAN (173886)
SHANA E. SCARLETT (217895)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)
patc@lerachlaw.com
reedk@lerachlaw.com
jfriedman@lerachlaw.com
sylviaw@lerachlaw.com
        – and –
WILLIAM S. LERACH (68581)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)
billl@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CV THERAPEUTICS, INC. SECURITIES LITIGATION | ) ) ) |
| | ) |
| This Document Relates To: | ) ) |
| ALL ACTIONS. | ) ) ) |

No. C-03-3709-SI

CLASS ACTION

STIPULATION AND [~~PROPOSED~~] ORDER
REGARDING FILING UNDER SEAL

1      Pursuant to the Court's Standing Order, the parties hereby submit this Stipulation and

2  [Proposed] Order Regarding Filing Under Seal ("Stipulation") in lieu of filing an administrative

3  motion pursuant to Civil L.R. 7-11.

4      WHEREAS concurrently with this Stipulation, plaintiff is filing a Reply in Support of

5  Plaintiff's Motion for Clarification or Reconsideration of the Court's June 16, 2006 Order re *In*

6  *Camera* Review of Defendants' Privilege Log and Documents ("Reply") and a Declaration of Shana

7  E. Scarlett in Support of Reply in Support of Plaintiff's Motion for Clarification or Reconsideration

8  of the Court's June 16, 2006 Order re *In Camera* Review of Defendants' Privilege Log and

9  Documents ("Scarlett Declaration");

10     WHEREAS Scarlett Declaration, Exhibits A-C are documents designated "Highly

11 Confidential – Attorney's Eyes Only," as defined by this Court's February 7, 2005 Protective Order;

12 and

13     WHEREAS certain portions of the Reply contain references and quotations from the

14 deposition transcript and documents designated "Highly Confidential," as defined by this Court's

15 February 7, 2005 Protective Order;

16     IT IS HEREBY STIPULATED AND AGREED that the Scarlett Declaration, Exhibits A-C

17 and certain portions of plaintiff's Reply, which refer and quote from these exhibits, are to be filed

18 under seal.

19     IT IS SO STIPULATED.

20 DATED:  July 26, 2006                    LERACH COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
21                                         PATRICK J. COUGHLIN
                                           REED R. KATHREIN
22                                         JEFF D. FRIEDMAN
                                           SHANA E. SCARLETT
23

24
                                           _____
25                                                s/ Shana E. Scarlett
                                                SHANA E. SCARLETT
26                                         100 Pine Street, Suite 2600
                                           San Francisco, CA  94111
27                                         Telephone: 415/288-4545
                                           415/288-4534 (fax)
28

STIPULATION & [PROPOSED] ORDER RE: FILING UNDER SEAL - C-03-3709-SI       - 1 -

1

2          LERACH COUGHLIN STOIA GELLER
             RUDMAN & ROBBINS LLP
3          WILLIAM S. LERACH
           655 West Broadway, Suite 1900
4          San Diego, CA  92101
           Telephone: 619/231-1058
5          619/231-7423 (fax)

6          Lead Counsel for Plaintiffs

7  DATED:  July 26, 2006          LATHAM & WATKINS LLP
                                  PETER T. SNOW
8

9

10                                _____
                                        s/ Peter T. Snow
                                  PETER T. SNOW
11
                                  135 Commonwealth Drive
12                                Menlo Park, CA  94025
                                  Telephone: 650/328-4600
13                                650/463-2600 (fax)

14                                Attorneys for Defendants

15         I, Shana E. Scarlett, am the ECF User whose ID and password are being used to file this

16  STIPULATION  AND  [PROPOSED]  ORDER  REGARDING  FILING  UNDER  SEAL.    In

17  compliance with General Order 45, X.B., I hereby attest that Peter T. Snow has concurred in this

18  filing.

19                          *         *         *

20                          [PROPOSED] O R D E R

21         PURSUANT TO STIPULATION, IT IS SO ORDERED.

22

23  DATED:  ___7/28/06_____     _____
                                      THE HONORABLE SUSAN ILLSTON
24                                    UNITED STATES DISTRICT JUDGE

T:\CasesSF\CV Therapeutics\STP00033305.doc

25

26

27

28

STIPULATION & [PROPOSED] ORDER RE: FILING UNDER SEAL - C-03-3709-SI      - 2 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 26, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Shana E. Scarlett
SHANA E. SCARLETT

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: Shanas@Lerachlaw.com

# Mailing Information for a Case 3:03-cv-03709-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Elizabeth Aida Acevedo**
  eacevedo@kellergrover.com

- **Patrick J. Coughlin**
  patc@lerachlaw.com e_file_sf@lerachlaw.com

- **Paul H. Dawes**
  paul.dawes@lw.com

- **Jeff D Friedman**
  JFriedman@lerachlaw.com

- **Sean M. Handler, Esq**
  ecf_filings@sbclasslaw.com nwortman@sbclasslaw.com

- **Robert A. Jigarjian**
  CAND.USCOURTS@CLASSCOUNSEL.COM

- **Michele D. Johnson**
  Michele.Johnson@lw.com Beverly.Wilkinson@lw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **Kalama M. Lui-Kwan**
  kalama.lui-kwan@lw.com carmela.ene@lw.com

- **Jay L. Pomerantz**
  jay.pomerantz@lw.com

- **Darren J. Robbins**

- **Shana Eve Scarlett**
  shanas@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Peter Todd Snow**
  peter.snow@lw.com carmela.ene@lw.com

- **John C. Tang**
  john.tang@lw.com kerry.markus@lw.com

- **Sylvia Wahba**
  sylviaw@milberg.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)