1  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  PATRICK J. COUGHLIN (111070)
   REED R. KATHREIN (139304)
3  JEFF D. FRIEDMAN (173886)
   SHANA E. SCARLETT (217895)
4  DANIEL B. SWERDLIN (243452)
   100 Pine Street, Suite 2600
5  San Francisco, CA  94111
   Telephone: 415/288-4545
6  415/288-4534 (fax)
   patc@lerachlaw.com
7  reedk@lerachlaw.com
   jfriedman@lerachlaw.com
8  shanas@lerachlaw.com
   dswerdlin@lerachlaw.com
9       – and –
   WILLIAM S. LERACH (68581)
10 655 West Broadway, Suite 1900
   San Diego, CA  92101
11 Telephone: 619/231-1058
   619/231-7423 (fax)
12 billl@lerachlaw.com

13 Counsel for Lead Plaintiff and the Class

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16 | In re CV THERAPEUTICS, INC.          ) No. C-03-3709-SI
   | SECURITIES LITIGATION                )
17 |                                      ) CLASS ACTION
   |                                      )
18 | This Document Relates To:            ) STIPULATION AND [PROPOSED] ORDER
   |                                      ) REGARDING FILING UNDER SEAL
19 |     ALL ACTIONS.                     )
                                          )

1       Pursuant to the Court's Standing Order, the parties hereby submit this Stipulation and
2 [Proposed] Order Regarding Filing Under Seal ("Stipulation") in lieu of filing an administrative
3 motion pursuant to N.D. Cal. Civ. R. 7-11.

4       WHEREAS concurrently with this Stipulation, plaintiff is filing a Letter Brief for an Order to
5 Set Deposition Dates and Increase the Number of Depositions to Be Taken ("Letter Brief") and a
6 Declaration of Daniel B. Swerdlin in Support of Letter Brief for an Order to Set Deposition Dates
7 and Increase the Number of Depositions to Be Taken ("Swerdlin Declaration");

8       WHEREAS plaintiff has informed defendants that Swerdlin Declaration, Exhibit I, contains
9 references and quotations from a document designated "Conditionally Confidential";

10       WHEREAS plaintiff has informed defendants that Swerdlin Declaration, Exhibit K, is a
11 document designated "Highly Confidential" as defined by this Court's February 7, 2005 Protective
12 Order; and

13       WHEREAS plaintiff has informed defendants that certain portions of the Letter Brief contain
14 references and quotations from documents designated "Confidential," as defined by this Court's
15 February 7, 2005 Protective Order;

16       IT IS HEREBY STIPULATED AND AGREED that the Swerdlin Declaration, Exhibits I and
17 K, and certain portions of plaintiff's Letter Brief, which refer and quote from these exhibits, are to be
18 filed under seal.

19       IT IS SO STIPULATED.

DATED: August 21, 2006                 LERACH COUGHLIN STOIA GELLER
                                                RUDMAN & ROBBINS LLP
                                         PATRICK J. COUGHLIN
                                         REED R. KATHREIN
                                         JEFF D. FRIEDMAN
                                         SHANA E. SCARLETT
                                         DANIEL B. SWERDLIN

                                              /s/ Jeff D. Friedman
                                                 JEFF D. FRIEDMAN

                                         100 Pine Street, Suite 2600
                                         San Francisco, CA 94111
                                         Telephone: 415/288-4545
                                         415/288-4534 (fax)

| | |
|---|---|
| | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>WILLIAM S. LERACH<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax)<br><br>Counsel for Lead Plaintiff and the Class |
| DATED: August 21, 2006 | LATHAM & WATKINS LLP<br>PETER T. SNOW<br><br>        /s/ Peter T. Snow<br>        PETER T. SNOW<br><br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: 650/328-4600<br>650/463-2600 (fax)<br><br>Attorneys for Defendants |

    I, Jeff D. Friedman, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING FILING UNDER SEAL. In compliance with General Order 45, X.B., I hereby attest that Peter T. Snow has concurred in this filing.

        /s/ Jeff D. Friedman
        JEFF D. FRIEDMAN

\*   \*   \*

### [PROPOSED] O R D E R

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

THE HONORABLE SUSAN B. ILLSTON
UNITED STATES DISTRICT JUDGE

T:\CasesSF\CV Therapeutics\S_O00034095.doc

STIPULATION AND [PROPOSED] ORDER REGARDING FILING UNDER SEAL -
C-03-3709-SI     - 2 -

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on August 21, 2006, I electronically filed the foregoing with the Clerk of |
| 3 | the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have |
| 5 | mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF |
| 6 | participants indicated on the attached Manual Notice List. |

        s/ Jeff D. Friedman
        JEFF D. FRIEDMAN

        LERACH COUGHLIN STOIA GELLER
          RUDMAN & ROBBINS LLP
        100 Pine Street, Suite 2600
        San Francisco, CA 94111
        Telephone: 415/288-4545
        415/288-4534 (fax)
        E-mail:jfriedman@!lerachlaw.com

# Mailing Information for a Case 3:03-cv-03709-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Elizabeth Aida Acevedo**
  eacevedo@milberg.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick J. Coughlin**
  patc@lerachlaw.com e_file_sf@lerachlaw.com

- **Paul H. Dawes**
  paul.dawes@lw.com

- **Jeff D Friedman**
  JFriedman@lerachlaw.com RebeccaG@lerachlaw.com

- **Sean M. Handler, Esq**
  ecf_filings@sbclasslaw.com nwortman@sbclasslaw.com

- **Robert A. Jigarjian**
  CAND.USCOURTS@CLASSCOUNSEL.COM

- **Michele D. Johnson**
  Michele.Johnson@lw.com Beverly.Wilkinson@lw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **Kalama M. Lui-Kwan**
  kalama.lui-kwan@lw.com

- **Jay L. Pomerantz**
  jay.pomerantz@lw.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com

- **Peter Todd Snow**
  peter.snow@lw.com carmela.ene@lw.com

- **John C. Tang**
  john.tang@lw.com kerry.markus@lw.com

- **Sylvia Wahba**
  sylviaw@milberg.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore

require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)