LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN (111070)
REED R. KATHREIN (139304)
JEFF D. FRIEDMAN (173886)
SHANA E. SCARLETT (217895)
DANIEL B. SWERDLIN (243452)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)
patc@lerachlaw.com
reedk@lerachlaw.com
jfriedman@lerachlaw.com
shanas@lerachlaw.com
dswerdlin@lerachlaw.com
     – and –
WILLIAM S. LERACH (68581)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)
billl@lerachlaw.com

Counsel for Lead Plaintiff and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CV THERAPEUTICS, INC. SECURITIES LITIGATION | ) No. C-03-3709-SI ) ) <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>    ALL ACTIONS. | ) ) STIPULATION AND [PROPOSED] ORDER ) REGARDING FILING UNDER SEAL ) ) |

Pursuant to the Court's Standing Order, the parties hereby submit this Stipulation and [Proposed] Order Regarding Filing Under Seal ("Stipulation") in lieu of filing an administrative motion pursuant to Civil L.R. 7-11.

WHEREAS concurrently with this Stipulation, plaintiff is filing a Letter Brief Re: Defendants' Improper Confidentiality Designations ("Letter Brief") and a Declaration of Jeff D. Friedman in Support of Letter Brief Re: Defendants' Improper Confidentiality Designations ("Friedman Declaration");

WHEREAS plaintiff has informed defendants that the Friedman Declaration, Exhibits 1-9, 17 and 20-58, are documents designated either "Confidential" or "Highly Confidential – Attorneys' Eyes Only," as defined by this Court's February 7, 2005 Protective Order; and

WHEREAS plaintiff has informed defendants that certain portions of the Letter Brief contain references and quotations from documents designated "Confidential" or "Highly Confidential – "Attorneys' Eyes Only," as defined by this Court's February 7, 2005 Protective Order;

IT IS HEREBY STIPULATED AND AGREED that the Friedman Declaration, Exhibits 1-9, 17 and 20-58, and certain portions of plaintiff's Letter Brief, which refer and quote from these exhibits, are to be filed under seal.

IT IS HEREBY FURTHER STIPULATED AND AGREED that Defendants do not waive any rights, including, but not limited to, any rights pursuant to this Court's February 7, 2005 Protective Order, by entering into this Stipulation.

IT IS SO STIPULATED.

DATED: August 24, 2006

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
REED R. KATHREIN
JEFF D. FRIEDMAN
SHANA E. SCARLETT

    /s/ Jeff D. Friedman
JEFF D. FRIEDMAN

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

STIPULATION AND [PROPOSED] ORDER REGARDING FILING UNDER SEAL - C-03-3709-SI - 1 -

|   |   |
|---|---|
|   | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>WILLIAM S. LERACH<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax) |
|   | Lead Counsel for Plaintiffs |
| DATED:  August 24, 2006 | LATHAM & WATKINS LLP<br>PETER T. SNOW |
|   |     /s/ Peter T. Snow<br>PETER T. SNOW |
|   | 135 Commonwealth Drive<br>Menlo Park, CA  94025<br>Telephone: 650/328-4600<br>650/463-2600 (fax) |
|   | Attorneys for Defendants |

I, Jeff D. Friedman, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING FILING UNDER SEAL.  In compliance with General Order 45, X.B., I hereby attest that Peter T. Snow has concurred in this filing.

*     *     *

### [PROPOSED] O R D E R

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____     _____
                                                                          THE HONORABLE SUSAN ILLSTON
                                                                          UNITED STATES DISTRICT JUDGE

T:\CasesSF\CV Therapeutics\STP00034196.doc

STIPULATION AND [PROPOSED] ORDER REGARDING FILING UNDER SEAL -
C-03-3709-SI                                                                                                                                  - 2 -

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on August 24, 2006, I electronically filed the foregoing with the Clerk of |
| 3 | the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have |
| 5 | mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF |
| 6 | participants indicated on the attached Manual Notice List. |

　　　　　　　　　　　　　　　　　　　　　　　　　s/ Jeff D. Friedman
　　　　　　　　　　　　　　　　　　　　JEFF D. FRIEDMAN
　　　　　　　　　　　　　　　　　　　　LERACH COUGHLIN STOIA GELLER
　　　　　　　　　　　　　　　　　　　　　　RUDMAN & ROBBINS LLP
　　　　　　　　　　　　　　　　　　　　100 Pine Street, Suite 2600
　　　　　　　　　　　　　　　　　　　　San Francisco, CA  94111
　　　　　　　　　　　　　　　　　　　　Telephone: 415/288-4545
　　　　　　　　　　　　　　　　　　　　415/288-4534 (fax)
　　　　　　　　　　　　　　　　　　　　E-mail: JFriedman@lerachlaw.com

# Mailing Information for a Case 3:03-cv-03709-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Elizabeth Aida Acevedo**
  eacevedo@kellergrover.com

- **Patrick J. Coughlin**
  patc@lerachlaw.com e_file_sf@lerachlaw.com

- **Paul H. Dawes**
  paul.dawes@lw.com

- **Jeff D Friedman**
  JFriedman@lerachlaw.com

- **Sean M. Handler, Esq**
  ecf_filings@sbclasslaw.com nwortman@sbclasslaw.com

- **Robert A. Jigarjian**
  CAND.USCOURTS@CLASSCOUNSEL.COM

- **Michele D. Johnson**
  Michele.Johnson@lw.com Beverly.Wilkinson@lw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sf@lerachlaw.com;e_file_sd@lerachlaw.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **Kalama M. Lui-Kwan**
  kalama.lui-kwan@lw.com carmela.ene@lw.com

- **Jay L. Pomerantz**
  jay.pomerantz@lw.com

- **Darren J. Robbins**

- **Shana Eve Scarlett**
  shanas@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Peter Todd Snow**
  peter.snow@lw.com carmela.ene@lw.com

- **John C. Tang**
  john.tang@lw.com kerry.markus@lw.com

- **Sylvia Wahba**
  sylviaw@milberg.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`