LATHAM & WATKINS LLP
  Paul H. Dawes (Bar No. 55191)
  John C. Tang (Bar No. 212371)
  Michele D. Johnson (Bar No. 198298)
  Kalama Lui-Kwan (Bar No. 242121)
  Peter T. Snow (Bar No. 222117)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Counsel For CV Therapeutics, Inc. and
the Individual Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re CV THERAPEUTICS, INC. SECURITIES LITIGATION<br><br>This Document Relates To: All Actions | Master File No. C-03-3709-SI (EMC)<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER RE: NON-WAIVER OF ATTORNEY-CLIENT PRIVILEGE** |

    WHEREAS, ProEd Communications, Inc. ("ProEd") is a healthcare communications company that defendant CV Therapeutics, Inc. ("CVT") retained in June 2003 to provide consulting services in preparation for CVT's presentation regarding Ranexa to the FDA's Cardiovascular and Renal Drugs Advisory Committee;

    WHEREAS, these consulting services involved many hours of teleconferences, working sessions, and rehearsals of CVT's presentation to the Advisory Committee, in which various combinations of CVT executives, consultants, and inside and outside counsel participated;

    WHEREAS, ProEd recorded portions of these working sessions and rehearsals of CVT's presentation to the Advisory Committee on audio and video tapes (the "Audio-Visual Records");

    WHEREAS, on April 12, 2006, Plaintiff served a non-party subpoena on ProEd that requested, among other things, the Audio-Visual Records;

    WHEREAS, by agreement of the parties, ProEd transferred the Audio-Visual Records to

1 CVT's counsel to review for confidentiality and attorney-client privilege;

2 WHEREAS, on July 7, 2006, Defendants moved for a protective order to prohibit
3 discovery of the Audio-Visual Records in their entirety on grounds that they were protected by
4 the attorney-client privilege;

5 WHEREAS, on July 14, 2006, Plaintiff filed an opposition to Defendants' motion for a
6 protective order;

7 WHEREAS, on August 31, 2006, the Court denied Defendants' motion for a protective
8 order of the Audio-Visual Records in their entirety;

9 WHEREAS, to expedite Defendants' production of the Audio-Visual Records, the parties
10 have agreed that the act of Defendants' production of the Audio-Visual Records without review
11 shall not be deemed a waiver of the attorney-client privilege or any other applicable privilege as
12 to any portion of the Audio-Visual Records;

13 THEREFORE, the parties hereby stipulate, and request the Court to order, that the act of
14 Defendants' production of the Audio-Visual Records without review, shall not be deemed a
15 waiver of the attorney-client privilege or any other applicable privilege as to any portion of the
16 Audio-Visual Records;

17 IT IS SO STIPULATED.

18 Dated: September 7, 2006         LERACH COUGHLIN STOIA GELLER
19                                  RUDMAN & ROBBINS LLP

20                                           /S/
                                    Jeffrey D. Friedman
21
                                    Counsel for Plaintiffs
22                                  100 Pine Street, 26th Floor
                                    San Francisco, CA 94111
23                                  T: 415/288-4545
24                                  F: 415/288-4534

| | | |
|---|---|---|
| Dated: September 7, 2006 | | LATHAM & WATKINS LLP |
| | | /S/ |
| | | Peter T. Snow |
| | | Counsel for Defendants |
| | | 140 Scott Drive |
| | | Menlo Park, CA 94025 |
| | | T: 650/328-4600 |
| | | F: 650/463-2600 |

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Jeffrey D. Friedman.

\* \* \*

**ORDER**

Pursuant to the stipulation of counsel, IT IS SO ORDERED.

Dated: September 11, 2006

The Honorable Edward M. Chen
United States Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen

SV\510637.1