| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 |    Paul H. Dawes (Bar No. 55191)<br>   John C. Tang (Bar No. 212371) |
| 3 |    Michele D. Johnson (Bar No. 198298)<br>   Peter T. Snow (Bar No. 222117) |
| 4 | 140 Scott Drive<br>Menlo Park, California 94025 |
| 5 | Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600 |
| 6 | Counsel for CV Therapeutics, Inc. and |
| 7 | the Individual Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re CV THERAPEUTICS, INC. SECURITIES LITIGATION<br><br>This Document Relates To: All Actions | Master File No. C-03-3709-SI (EMC)<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR EXCHANGE OF EXPERT REPORTS** |

      WHEREAS, during the July 28, 2006 case management conference, the Court set the deadline to designate testimonial expert witnesses and exchange reports from experts as September 15, 2006, and the deadline to designate supplemental expert witnesses and exchange supplemental reports from experts as October 13, 2006;

      WHEREAS, in its September 1, 2006 Order Re: Discovery (Docket No. 412), the Court stated that the parties may extend the dates for exchange of expert reports by stipulation; and

      WHEREAS, the parties have agreed to extend the September 15, 2006 deadline to designate testimonial expert witnesses and exchange reports from experts to September 29, 2006, and to extend the October 13, 2006 deadline to designate supplemental expert witnesses and exchange supplemental reports from experts to October 27, 2006.

      THEREFORE, the parties hereby stipulate, and respectfully request the Court to order, that the deadline to designate testimonial expert witnesses and exchange reports from experts

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINES FOR
EXCHANGE OF EXPERT REPORTS

shall be September 29, 2006, and the deadline to designate supplemental expert witnesses and exchange supplemental reports from experts shall be October 27, 2006.

IT IS SO STIPULATED.

Dated: September 12, 2006  LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

/S/
Jeffrey D. Friedman

Counsel for Plaintiffs
100 Pine Street, 26th Floor
San Francisco, CA 94111
T: 415/288-4545
F: 415/288-4534

Dated: September 12, 2006  LATHAM & WATKINS LLP

/S/
John C. Tang

Counsel for Defendants
140 Scott Drive
Menlo Park, CA 94025
T: 650/328-4600
F: 650/463-2600

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Jeffrey D. Friedman.

\* \* \*

**ORDER**

Pursuant to the stipulation of counsel, IT IS SO ORDERED.

Dated: _____

*[signature]*
The Honorable Susan Illston
United States District Judge