LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN (111070)
REED R. KATHREIN (139304)
JEFF D. FRIEDMAN (173886)
JENNIE LEE ANDERSON (203586)
SHANA E. SCARLETT (217895)
DANIEL B. SWERDLIN (243452)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
patc@lerachlaw.com
reedk@lerachlaw.com
jfriedman@lerachlaw.com
janderson@lerachlaw.com
shanas@lerachlaw.com
dswerdlin@lerachlaw.com
     – and –
WILLIAM S. LERACH (68581)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
billl@lerachlaw.com

Counsel for Lead Plaintiff and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CV THERAPEUTICS, INC. SECURITIES LITIGATION | ) No. C-03-3709-SI ) ) <u>CLASS ACTION</u> ) |
| This Document Relates To:<br><br>ALL ACTIONS. | ) STIPULATION AND [PROPOSED] ORDER ) REGARDING FILING UNDER SEAL ) ) |

1  Pursuant to the Court's Standing Order, the parties hereby submit this Stipulation and
2 [Proposed] Order Regarding Filing Under Seal ("Stipulation") in lieu of filing an administrative
3 motion pursuant to Civil L.R. 7-11.

4  WHEREAS concurrently with this Stipulation, plaintiff is filing a Letter Brief Regarding
5 Defendants' Improper Selection and Application of Search Terms Used for Discovery of
6 Electronically Stored Information in this Case ("Letter Brief") and a Declaration of Michael R.
7 Bandemer in support thereof ("Bandemer Declaration");

8  WHEREAS the Bandemer Declaration, Exhibits B and D thereto, and the Letter Brief
9 contain information designated "Highly Confidential – Attorneys' Eyes Only" by defendants
10 pursuant to this Court's February 7, 2005 Protective Order;

11  IT IS HEREBY STIPULATED AND AGREED, that the Bandemer Declaration
12 (unredacted), Exhibits B and D thereto, and the Letter Brief (unredacted) are all to be filed under
13 seal.

14  IT IS SO STIPULATED.

15 DATED: September 15, 2006                LERACH COUGHLIN STOIA GELLER
                                             RUDMAN & ROBBINS LLP
16                                           PATRICK J. COUGHLIN
                                             REED R. KATHREIN
17                                           JEFF D. FRIEDMAN
                                             JENNIE LEE ANDERSON
18                                           SHANA E. SCARLETT
                                             DANIEL B. SWERDLIN
19

20
                                                   /s/ Jennie Lee Anderson
21                                                 JENNIE LEE ANDERSON

22                                           100 Pine Street, Suite 2600
                                             San Francisco, CA  94111
23                                           Telephone: 415/288-4545
                                             415/288-4534 (fax)

STIPULATION AND [PROP] ORDER RE FILING UNDER SEAL - C-03-3709-SI          - 1 -

|   |   |   |
|---|---|---|
| | | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>WILLIAM S. LERACH<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax)<br><br>Counsel for Lead Plaintiff and the Class |
| DATED: September 15, 2006 | | LATHAM & WATKINS LLP<br>PETER T. SNOW<br><br>      /s/ Peter T. Snow<br>      PETER T. SNOW<br><br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br>Telephone: 650/328-4600<br>650/463-2600 (fax)<br><br>Attorneys for Defendants |

I, Jennie Lee Anderson, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING FILING UNDER SEAL. In compliance with General Order 45, X.B., I hereby attest that Peter T. Snow has concurred in this filing.

\*   \*   \*

**[PROPOSED] O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____     _____
                                                             THE HONORABLE SUSAN ILLSTON
                                                             UNITED STATES DISTRICT JUDGE

T:\CasesSF\CV Therapeutics\STP00034617.doc

1 <u>CERTIFICATE OF SERVICE</u>

2    I hereby certify that on September 15, 2006, I electronically filed the foregoing with the
3 Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail
4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have
5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF
6 participants indicated on the attached Manual Notice List.

         <u>/s/ Jennie Lee Anderson</u>
         JENNIE LEE ANDERSON

         LERACH COUGHLIN STOIA GELLER
           RUDMAN & ROBBINS LLP
         100 Pine Street, 26th Floor
         San Francisco, CA 94111
         Telephone: 415/288-4545
         415/288-4534 (fax)
         E-mail: JennieA@lerachlaw.com

# Mailing Information for a Case 3:03-cv-03709-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Elizabeth Aida Acevedo**
  eacevedo@kellergrover.com

- **Patrick J. Coughlin**
  patc@lerachlaw.com e_file_sf@lerachlaw.com

- **Paul H. Dawes**
  paul.dawes@lw.com

- **Jeff D Friedman**
  JFriedman@lerachlaw.com

- **Sean M. Handler, Esq**
  ecf_filings@sbclasslaw.com der_filings@sbclasslaw.com

- **Robert A. Jigarjian**
  CAND.USCOURTS@CLASSCOUNSEL.COM

- **Michele D. Johnson**
  Michele.Johnson@lw.com Beverly.Wilkinson@lw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sf@lerachlaw.com;e_file_sd@lerachlaw.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **Kalama M. Lui-Kwan**
  kalama.lui-kwan@lw.com carmela.ene@lw.com

- **Jay L. Pomerantz**
  jay.pomerantz@lw.com

- **Darren J. Robbins**

- **Shana Eve Scarlett**
  shanas@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Peter Todd Snow**
  peter.snow@lw.com carmela.ene@lw.com

- **John C. Tang**
  john.tang@lw.com kerry.markus@lw.com

- **Sylvia Wahba**
  sylviaw@milberg.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)