LATHAM & WATKINS LLP
   Paul H. Dawes (Bar No. 55191)
   John C. Tang (Bar No. 212371)
   Michele D. Johnson (Bar No. 198298)
   Peter T. Snow (Bar No. 222117)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Counsel For CV Therapeutics, Inc. and
the Individual Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re CV THERAPEUTICS, INC. SECURITIES LITIGATION<br><br>This Document Relates To: All Actions | Master File No. C-03-3709-SI (EMC)<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING ACTION** |

     WHEREAS, the parties have entered into a Memorandum of Understanding regarding the settlement of this action;

     WHEREAS, the parties intend to file within the next thirty days to request preliminary approval of the settlement; and

     WHEREAS, the parties have agreed to jointly seek a stay of all proceedings in order to conserve resources and permit the parties to focus on the settlement.

     NOW THEREFORE, the parties hereby stipulate, and respectfully request the Court to order, that all proceedings are hereby stayed for thirty days following entry of the [proposed] Order, and that all deadlines are hereby taken off calendar, subject to being reset if necessary.

     IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 3, 2006 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 3 | | |
| 4 | | _____/S/_____<br>Reed R. Kathrein |
| 5 | | Counsel for Plaintiffs |
| 6 | | 100 Pine Street, 26th Floor<br>San Francisco, CA 94111 |
| 7 | | T: 415/288-4545<br>F: 415/288-4534 |
| 8 | Dated: November 3, 2006 | LATHAM & WATKINS LLP |
| 9 | | |
| 10 | | _____/S/_____<br>John C. Tang |
| 11 | | |
| 12 | | Counsel for Defendants<br>140 Scott Drive |
| 13 | | Menlo Park, CA 94025<br>T: 650/328-4600 |
| 14 | | F: 650/463-2600 |

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Reed R. Kathrein.

\*    \*    \*

**ORDER**

Pursuant to the stipulation of counsel, IT IS SO ORDERED.

Dated: _____        _____/s/ Susan Illston_____
                                    The Honorable Susan Illston
                                    United States District Judge