IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CV THERAPEUTICS, INC., SECURITIES LITIGATION, | No. C 03-3709 SI<br><br>**ORDER RE: MOTION FOR ATTORNEYS' FEES AND COSTS** |
| _____ / | |

The Court has reviewed the Supplemental Declaration of Joy Ann Bull, filed on March 12, 2007. That declaration provides further information about the meals, hotels and transportation costs that plaintiffs' counsel seek to recover. The Court notes that while the initial declaration of Joy Ann Bull suggested that the total amount of $39,613.69 was incurred solely on out-of-town travel expenses, the supplemental declaration states that $14,274.44 of this amount was spent on in-town travel expenses, and another $10,992.75 was spent on lunch and dinner meals for staff who worked overtime.

Plaintiffs have now withdrawn their request for the $10,992.75 spent on staff meals. If plaintiffs wish to recover for the in-town travel expenses, they must file a further declaration providing a detailed breakdown of these expenses. The Court is unable to conduct any meaningful review of the in-town expenses based upon the general information contained in the supplemental Bull declaration. **Any further declaration must be filed by March 15, 2007.**

**IT IS SO ORDERED.**

Dated: March 13, 2007

_____
SUSAN ILLSTON
United States District Judge1